UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CEMA JOINT VENTURE,

        Plaintiff,

- against -

CHARTER ONE BANK, N.A., and
ROYAL BANK OF SCOTLAND GROUP PLC,
c/o CHARTER ONE BANK, N.A.,

        Defendants.
------------------------------------X

O R D E R

13 Civ. 5511 (NRB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/13/2013

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS**, this case was previously designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the "Pilot Project), it is hereby

    **ORDERED** that designation is hereby vacated, and the Clerk of Court shall remove the COMPLEX-CSMGMT flag

    **SO ORDERED.**

Dated:    New York, New York
           August 13, 2013

                              NAOMI REICE BUCHWALD
                              UNITED STATES DISTRICT JUDGE