IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

CEMA JOINT VENTURE )
)
              Plaintiff, )
)
    v. )
)
CHARTER ONE BANK, N.A. )
)
          and )
)   No. 13-cv-5511 (NRB)
)
THE ROYAL BANK OF )
SCOTLAND GROUP PLC, )
c/o CHARTER ONE BANK, N.A. )
)
        Defendants. )

-------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by Fraser L.

Hunter, Jr., hereby enters its appearance as counsel in the above-captioned action for and on

behalf of defendants RBS Citizens, N.A.[1] and The Royal Bank of Scotland Group plc.  The

undersigned is a member in good standing of the bar of this Court.


Dated:  August14, 2013           /s/ Fraser L. Hunter, Jr.

          Fraser L. Hunter, Jr.
          Wilmer Cutler Pickering Hale and Dorr LLP
          7 World Trade Center
          250 Greenwich Street
          New York, NY 10007
          Telephone: (212) 230-8800
          Facsimile: (212) 230-8888

          *Counsel for The Royal Bank of Scotland Group plc
and RBS Citizens, N.A.*

---

[1]     Charter One Bank, N.A., is the trade name for RBS Citizens, N.A., the proper defendant legal entity.