IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
CEMA JOINT VENTURE                              )
                                               )
        Plaintiff,                              )
                                               )
    v.                                         )
                                               )
CHARTER ONE BANK, N.A.                          )
                                               )
    and                                        )
                                               )  No. 13-cv-5511 (NRB)
THE ROYAL BANK OF                               )
SCOTLAND GROUP PLC,                             )
c/o CHARTER ONE BANK, N.A.                      )
                                               )
        Defendants.                             )
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wilmer Cutler Pickering Hale and Dorr LLP, by David Sapir Lesser, hereby enters its appearance as counsel in the above-captioned action for and on behalf of defendants RBS Citizens, N.A.[1] and The Royal Bank of Scotland Group plc. The undersigned is a member in good standing of the bar of this Court.

Dated: August 14, 2013

/s/ David Sapir Lesser
David Sapir Lesser
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc and RBS Citizens, N.A.*

---

[1] Charter One Bank, N.A., is the trade name for RBS Citizens, N.A., the proper defendant legal entity.