IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CEMA JOINT VENTURE | ) |
| Plaintiff, | ) |
| v. | ) |
| CHARTER ONE BANK, N.A. | ) No. 13-cv-5511 (NRB) |
| and | ) |
| THE ROYAL BANK OF SCOTLAND GROUP PLC, c/o CHARTER ONE BANK, N.A. | ) |
| Defendants. | ) |

---

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS RBS CITIZENS, N.A. AND THE ROYAL BANK OF SCOTLAND GROUP PLC**

Pursuant to Rule 7.1 of the Rules of Federal Rules of Civil Procedure, Defendants RBS Citizens, N.A., incorrectly sued as Charter One Bank, N.A.,[1] and The Royal Bank of Scotland Group plc ("RBS Group"), make the following disclosures through their undersigned counsel:

Defendant RBS Citizens, N.A. is a wholly-owned subsidiary of RBS Citizens Financial Group, Inc., which in turn is an indirect, wholly-owned subsidiary of Defendant RBS Group. RBS Group has no parent corporation, and no publicly-held company owns ten percent (10%) or more of RBS Group's stock.

Dated: August 14, 2013

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007

---

[1] Charter One Bank, N.A., is the trade name for RBS Citizens, N.A., the proper defendant legal entity.

Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*Counsel for The Royal Bank of Scotland Group plc and RBS Citizens, N.A.*