UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE LIBOR-BASED FINANCIAL                      :
INSTRUMENTS ANTITRUST LITIGATION    :         11-MD-2262 (NRB)
                                                                     :
------------------------------------------------------------X

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Alanna C. Rutherford, undersigned counsel, hereby respectfully moves, pursuant to Local Civil Rule 1.4, for leave to withdraw her appearance for Defendants Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., and Barclays U.S. Funding LLC (f/k/a Barclays U.S. Funding Corporation) in the above-referenced multi-district litigation as well as all individual cases that are part of this MDL, including: *The Berkshire Bank v. Bank of America Corp., et al.* 12-cv-5723 (NRB); *33-35 Green Pond Associates, LLC v. Bank of America Corp., et al.* 12-cv-5822 (NRB); *Elizabeth Lieberman, et al. v. Credit Suisse Group AG, et al.,* 12-cv-6056 (NRB); *Courtyard At Amwell II, LLC, et al. v. Bank of America Corp., et al.,* 12-cv-6693 (NRB).

Colleagues at Boies, Schiller & Flexner LLP with appearances in these matters, together with co-counsel at Sullivan & Cromwell LLP, will continue to represent Defendants.

Dated:  October 8, 2013                                    Respectfully submitted,


                                    By:     /s/ Alanna C. Rutherford_____
                                            ALANNA C. RUTHERFORD

                                            BOIES, SCHILLER & FLEXNER LLP
                                            575 Lexington Avenue
                                            New York, New York 10022
                                            Ph: (212) 446-2300
                                            Fax: (212) 446-2350
                                            E-mail: arutherford@bsfllp.com