# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

October 11, 2013

**BY ECF AND FAX:**
Honorable Naomi Reice Buchwald
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

Re:     *In re LIBOR-Based Financial Instruments Antitrust Litigation*
        11-MD-2262 (NRB)

Dear Judge Buchwald:

As an attorney for Exchange-Based Plaintiffs ("Plaintiffs"), I am writing this letter in order to respectfully request an extension from today until Monday October 14 in Plaintiffs' time to make the submission directed by Your Honor's October 8, 2013 order.  No previous request has been made for an adjournment of this deadline.

As reasons therefor I respectfully state that previous professional commitments of counsel that could not be changed have necessitated this request for an extension. We are advised by Defendants' liaison counsel that Defendants do not oppose this request provided that the time for submission of their sur-reply is likewise extended from October 18 until Monday October 21.

Thank you very much.

Respectfully submitted,

/s/ Christopher Lovell

cc:     All Counsel (by electronic service)