**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
IN RE LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION      :    11-MD-2262 (NRB)
----------------------------------------------------------X

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

James B. Meadows, undersigned counsel, hereby respectfully moves, pursuant to Local Civil Rule 1.4, for leave to withdraw his appearance for Defendants Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., and Barclays U.S. Funding LLC (f/k/a Barclays U.S. Funding Corporation) in the above-referenced multi-district litigation as well as all individual cases that are part of this MDL, including: *The Berkshire Bank v. Bank of America Corp., et al.* 12-cv-5723 (NRB); *33-35 Green Pond Associates, LLC v. Bank of America Corp., et al.* 12-cv-5822 (NRB); *Elizabeth Lieberman, et al. v. Credit Suisse Group AG, et al.*, 12-cv-6056 (NRB); *Courtyard At Amwell II, LLC, et al. v. Bank of America Corp., et al.*, 12-cv-6693 (NRB).

Colleagues at Boies, Schiller & Flexner LLP with appearances in these matters, together with co-counsel at Sullivan & Cromwell LLP, will continue to represent Defendants.

*Endorsement* **MEMO ENDORSED**

Motion granted.

Naomi Reice Buchwald, USDJ

October 9, 2013

Dated: October 8, 2013					Respectfully submitted,

					By:	/s/ James B. Meadows
						JAMES B. MEADOWS

						BOIES, SCHILLER & FLEXNER LLP
						575 Lexington Avenue
						New York, New York 10022
						Ph: (212) 446-2300
						Fax: (212) 446-2350
						E-mail: jmeadows@bsfllp.com