**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS' ACTION | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |

## NOTICE OF MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Joshua S. Kyle, the undersigned counsel of Barclays Bank PLC, who has entered an appearance in the above-captioned action on behalf of Defendants Barclays Bank PLC, Barclays Capital Inc. and Barclays U.S. Funding LLC (the "Barclays Defendants"), hereby respectfully moves for leave to withdraw his appearance as counsel pursuant to Local Civil Rule 1.4. The Barclays Defendants wish to be represented in this matter solely by their outside counsel at this time. Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to serve as counsel for the Barclays Defendants.

Dated: October 15, 2013
New York, New York

Respectfully submitted,

/s/ Joshua S. Kyle
Joshua S. Kyle
BARCLAYS BANK PLC
745 Seventh Avenue
New York, NY 10019
(212) 526-8532
joshua.kyle@barclays.com

*Attorney for Defendants Barclays Bank PLC, Barclays Capital Inc., and Barclays U.S. Funding LLC*

**MEMO ENDORSED**

ENDORSEMENT

Application granted.

[signature] Naomi Reice Buchwald, USDJ

October 16, 2013