**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10/28/2013

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | NOTICE OF WITHDRAWAL AS COUNSEL |

TO THE CLERK AND ALL PARTIES OF RECORD: Please withdraw the appearance of Dana A. Jupiter, formerly of the law firm of Simpson Thacher & Bartlett LLP, as counsel of record for Defendant JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A. in the above captioned case.

PLEASE TAKE NOTICE that JPMorgan continues to be represented in this case by Thomas C. Rice, Paul C. Gluckow and Omari L. Mason of the law firm of Simpson Thacher & Bartlett LLP.

*So Ordered.* [handwritten signature] USDJ 10/28/13

Dated: October 18, 2013

                      Respectfully submitted,

                      SIMPSON THACHER & BARTLETT LLP

     By:  /s/ Omari L. Mason
           Omari L. Mason (omason@stblaw.com)
           425 Lexington Ave.
           New York, New York 10017-3954
           Telephone: (212) 455-2000
           Facsimile: (212) 455-2502
           Email: omason@stblaw.com

           *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*