USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re:

LIBOR-Based Financial Instruments
Antitrust Litigation.

**ORDER**

11 MD 2262 (NRB)

THIS DOCUMENT RELATES TO: All Cases

----------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, on October 17, 2013, this Court signed a Memorandum and Order addressing the request of over-the-counter and exchange-based plaintiffs for Rule 54(b) certification of the dismissal of their antitrust claims, and

**WHEREAS**, the October 17 Memorandum and Order was premised on the pendency of appeals on the same claim by bondholder and Schwab plaintiffs, and

**WHEREAS**, on October 30, 2013 the Court of Appeals, acting *sua sponte* determined that it lacked jurisdiction over the bondholder and Schwab appeals and dismissed them, it is hereby

**ORDERED** that the October 17, 2013 is withdrawn.

Dated:  New York, New York
        October 31, 2013

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE