Buchwald, N.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262, 11 Civ. 2613 |
|---|---|
| THIS DOCUMENT RELATES TO: EXCHANGE-BASED PLAINTIFFS' ACTION | Master File No. 1:11-md-2262-NRB |
| | ECF Case |

### STIPULATION AND [PROPOSED] ORDER

WHEREAS, Société Générale ("SG") was added as a defendant to Exchange-Based Plaintiffs' Second Amended Consolidated Class Action Complaint, dated September 10, 2013, following the Court's August 23, 2013 memorandum and order granting Exchange-Based Plaintiffs ("Plaintiffs") leave to do so. Plaintiffs subsequently filed a [Corrected] Second Amended Consolidated Class Action Complaint, dated September 16, 2013 ("SAC") (ECF No. 438);

WHEREAS, SG accepted service of the SAC on or about September 19, 2013, subject to a reservation of all defenses except as to service;

WHEREAS, pursuant to the stipulation and order entered on September 30, 2013 (ECF No. 432), Plaintiffs and SG agreed to submit a joint proposed briefing schedule in connection with SG's anticipated motion to dismiss claims against SG in the SAC; and

WHEREAS, on October 15, 2013, the Court granted SG leave to file a motion to dismiss the SAC (ECF No. 465);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and the undersigned counsel for defendant SG that:

1. SG will file its motion to dismiss the SAC on or before December 13, 2013.

2. Plaintiffs' opposition papers will be due on or before January 10, 2014.

3. SG's reply papers will be due on or before January 28, 2014. NRB

Dated: December 3, 2013

                KIRBY McINERNEY LLP

By: */s/ David Kovel*

David Kovel
Daniel Hume
Andrew McNeela
Lauren Wagner Pederson (*Of Counsel*)
Roger Kirby (*Of Counsel*)
825 Third Avenue, 16th Floor
New York, NY 10022
dkovel@kmllp.com
dhume@kmllp.com
amcneela@kmllp.com
lpederson@kmllp.com
roger.w.kirby@gmail.com

*Attorneys for Exchange-Based Plaintiffs*

                MAYER BROWN LLP

By: */s/ Steven Wolowitz*

Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for defendant Société Générale*

SO ORDERED:

_____
U.S.D.J.   on 12/9/13

2