UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-md-2262 (NRB) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jeffery L. Ding of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendant JPMorgan Chase & Co. and JP Morgan Chase Bank, N.A. in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
       January 8, 2014

                                    Respectfully submitted,

                                    SIMPSON THACHER & BARTLETT LLP

                            By:     /s/ Jeffery L. Ding_____
                                    Jeffery L. Ding (jeffery.ding@stblaw.com)
                                    425 Lexington Ave.
                                    New York, New York 10017-3954
                                    Telephone: (212) 455-2000
                                    Facsimile: (212) 455-2502

                                    *Attorneys for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.*