**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEMO ENDORSED

| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

Pursuant to Local Civil Rule 1.4, Barclays Bank PLC, Barclays Capital Inc., and Barclays U.S. Funding LLC (collectively the "Barclays Defendants"), by and through its counsel Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP, respectfully request the withdrawal of the appearance of Matthew S. Fitzwater as counsel for the Barclays Defendants in the above-referenced multi-district litigation as well as all individual cases that are part of this MDL, including: *Maragos v. Bank of America Corp. et al.*, No. 12-cv-2297; and *Salix Capital US Inc. et al. v. Banc of America Securities LLC*, et al., No. 13-cv-4018. Matthew S. Fitzwater is no longer associated with the firm of Sullivan & Cromwell LLP. Sullivan & Cromwell LLP and Boies, Schiller & Flexner LLP will continue to serve as counsel for the Barclays Defendants.

**MEMO ENDORSED**

So Ordered.

January 15, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/16/2014

Dated:  January 13, 2014
        New York, New York

Respectfully submitted,

Jeffrey T. Scott
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com
Telephone: (212) 558-4000

Jonathan D. Schiller
Leigh M. Nathanson
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
7th Floor
New York, NY 10022
jschiller@bsfllp.com
lnathanson@bsfllp.com
Telephone: (212) 446-2300

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C. 20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendant Barclays Bank PLC*