**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | 1:11-MD-2262 (NRB)<br><br>ECF Case |
| THIS DOCUMENT RELATES TO:<br><br>JOSEPH AMABILE, et al.,<br>　　　　　　　　Plaintiffs,<br>　　　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　　　Defendants. | No. 13-cv-01700 |
| BAY AREA TOLL AUTHORITY,<br>　　　　　　　　Plaintiff,<br>　　　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　　　Defendants. | No. 14-cv-03094 |
| CEMA JOINT VENTURE,<br>　　　　　　　　Plaintiff,<br>　　　　　　v.<br>CHARTER ONE BANK, N.A., et al.,<br>　　　　　　　　Defendants. | No. 13-cv-05511 |
| THE CHARLES SCHWAB CORPORATION, et al.,<br>　　　　　　　　Plaintiffs,<br>　　　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　　　Defendants. | No. 13-cv-07005 |
| CITY OF HOUSTON,<br>　　　　　　　　Plaintiff,<br>　　　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　　　Defendants. | No. 13-cv-05616 |
| CITY OF PHILADELPHIA, et al.,<br>　　　　　　　　Plaintiffs.<br>　　　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　　　Defendants.<br><br>CITY OF RICHMOND, et al., | No. 13-cv-06020 |

| | |
|---|---|
| Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-00627 |
| CITY OF RIVERSIDE, et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-00597 |
| COUNTY OF MENDOCINO,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-08644 |
| COUNTY OF SACRAMENTO,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-05569 |
| COUNTY OF SAN DIEGO,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-00667 |
| COUNTY OF SAN MATEO, et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-00625 |
| COUNTY OF SONOMA, et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-05187 |
| DARBY FINANCIAL PRODUCTS, et al.,<br>Plaintiffs,<br>v.<br>BARCLAYS BANK PLC, et al.,<br>Defendants. | No. 13-cv-08799 |

| | |
|---|---|
| EAST BAY MUNICIPAL UTILITY DISTRICT,<br>　　　　　　Plaintiff,<br>　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　Defendants. | No. 13-cv-00626 |
| FEDERAL DEPOSIT INSURANCE<br>CORPORATION as Receiver for AMCORE<br>BANK, N.A., et al.,<br>　　　　　　Plaintiffs,<br>　　　　v.<br>BANK OF AMERICA CORP., et al.,<br>　　　　　　Defendants. | No. 14-cv-01757 |
| THE FEDERAL HOME LOAN MORTGAGE<br>CORPORATION,<br>　　　　　　Plaintiff,<br>　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　Defendants. | No. 13-cv-03952 |
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br>　　　　　　Plaintiff,<br>　　　　v.<br>BARCLAYS BANK PLC, et al.,<br>　　　　　　Defendants. | No. 13-cv-03952 |
| GEORGE P. MARAGOS, in his official capacity<br>as the COMPTROLLER OF THE COUNTY OF<br>NASSAU, acting on behalf of the COUNTY OF<br>NASSAU,<br><br>　　　　　　Plaintiff,<br>　　　　v.<br>BANK OF AMERICA CORPORATION, et al.,<br>　　　　　　Defendants. | No. 13-cv-20297 |
| NATIONAL CREDIT UNION<br>ADMINISTRATION BOARD as Liquidating<br>Agent for U.S. Central Federal Credit Union, et<br>al.,<br>　　　　　　Plaintiff,<br>　　　　v.<br>CREDIT SUISSE GROUP AG, et al., | No. 13-cv-07394 |

|  |  |
|---|---|
| Defendants. | |
| PRINCIPAL FINANCIAL GROUP, INC., et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-06014 |
| PRINCIPAL FUNDS, INC., et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-06013 |
| PRUDENTIAL INVESTMENT PORTFOLIOS 2, et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 14-cv-04189 |
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-05186 |
| SALIX CAPITAL US INC.,<br>Plaintiff,<br>v.<br>BANC OF AMERICA SECURITIES LLC, et al.,<br>Defendants. | No. 13-cv-04018 |
| SAN DIEGO ASSOCIATION OF GOVERNMENTS,<br>Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION, et al.,<br>Defendants. | No. 13-cv-05221 |
| TRIAXX PRIME CDO 2006-1 LTD., et al.,<br>Plaintiffs,<br>v.<br>BANK OF AMERICA CORPORATION, et al., | No. 14-cv-00146 |

| | |
|---|---|
| Defendants. | |

## NOTICE OF DEFENDANTS' MOTION
## TO DISMISS DIRECT ACTION CLAIMS

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Banc of America Securities LLC, Bank of America Corporation, Bank of America, N.A., Barclays Bank plc, Barclays Capital Inc., Barclays plc, BBA Enterprises Ltd., BBA Libor Ltd., Bear Stearns Capital Markets, Inc., British Bankers' Association, The Bank of Tokyo-Mitsubishi UFJ, Ltd., Chase Bank USA, N.A., Citi Swapco Inc., Citibank, N.A., Citigroup Financial Products, Inc., Citigroup Funding Inc., Citigroup Global Markets Inc., Citigroup Global Markets Limited, Citigroup, Inc., Coöperatieve Centrale Raiffeisen-Boerenleenbank B.A., Credit Suisse (USA) Inc., Credit Suisse AG, Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., HBOS plc, Hongkong and Shanghai Banking Corporation Ltd., HSBC Bank plc, HSBC Bank USA, N.A., HSBC Finance Corp., HSBC Holdings plc, HSBC Securities (USA) Inc., HSBC USA Inc., JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Markets Ltd. f/k/a Bear Stearns International Ltd., J.P. Morgan Securities LLC f/k/a J.P. Morgan Securities Inc., J.P. Morgan Bank Dublin plc f/k/a Bear Stearns Bank plc, Lloyds Bank plc, Lloyds Banking Group plc, Lloyds TSB Bank plc, Merrill Lynch & Co., Inc., Merrill Lynch Capital Services, Inc., Merrill Lynch International Bank Ltd., Merrill Lynch, Pierce, Fenner & Smith Incorporated, The Norinchukin Bank, Portigon AG (f/k/a WestLB AG), Rabobank International, RBC Capital Markets, LLC, RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., Royal Bank of Canada, The Royal Bank of Scotland Group plc, The Royal Bank of Scotland  plc, Société Générale, UBS AG, UBS Limited, UBS Securities LLC,

and Westdeutsche ImmobilienBank AG, in the above-referenced matter, will move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined by this Court, for an order pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice, in whole or in part, the claims asserted in the Amended and Consolidated Complaints in the above-captioned actions.

The claims subject to Defendants' motion to dismiss and the relief requested are summarized in the attached Master Appendix and its accompanying Schedules (collectively entitled "Summary of Defendants' Motion to Dismiss" and referred to throughout Defendants' motion papers as "Master Appendix" ).  The grounds for Defendants' motion to dismiss are set forth in seven memoranda of law referred to in the Master Appendix:  (1) Joint Memorandum of Law in Support of Defendants' Motion to Dismiss Direct Action Claims Covered by Prior Rulings ("Prior Rulings Brief"); (2) Memorandum of Law in Support of Defendants' Motion to Dismiss the Fraud and Related Claims in the Direct Actions ("Fraud Brief"); (3) Memorandum of Law in Support of Defendants' Motion to Dismiss the Tortious Interference Claims in the Direct Actions ("Tortious Interference Brief"); (4) Memorandum of Law in Support of Defendants' Motion to Dismiss Direct Action Plaintiffs' UCL and GBL Claims ("Consumer Claims Brief"); (5) Memorandum of Law in Support of Defendants' Motion to Dismiss the Schwab Plaintiffs' Securities Claims with respect to the above-captioned actions *The Charles Schwab Corporation, et al. v. Bank of America Corporation, et al.* (13-cv-7005) ("Schwab Securities Brief"); (6) Memorandum of Law in Support of

Defendants' Motion to Dismiss Direct Action Plaintiffs' Requests for Injunctive, Equitable, and Declaratory Relief ("Injunctive Relief Brief"); (7) Joint Memorandum of Law in Support of Defendants' Motion to Dismiss the Direct Actions for Lack of Personal Jurisdiction ("Personal Jurisdiction Brief") and the accompanying Declarations of Christine N. Bannerman, Brent L. Barton, Nicola S. Black, Dr. Frank Borstelmann, Dominique Bourrinet, Allison Cambria, John Connors, Andrew S. Cooper, Ralph DeSena, Thomas Finlan, Gavin A. Francis, John B. Gaffney, Patrick Gonsalves, William Gougherty, Michelle M. Gregory, Alan B. Kaplan, Tamlyn Ludford, Mary M. McCullough, Kevin P. McKendry, Dara Quinn, Douglas Roseman, Dominick R. Sabella, Pierre Schreiber, Sally Scutt, Andrew Sherman, Rebecca K. Smith, Pamela A. Snell, Osamu Takashima, Elaine Williams, and Joseph B. Wollard, all dated November 5, 2014.

Dated:   New York, New York
         November 5, 2014

RESPECTFULLY SUBMITTED,

_/s/ Robert F. Wise, Jr._

Robert F. Wise, Jr.
Arthur J. Burke
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone: (212) 450-4000
Fax: (212) 450-4800
robert.wise@davispolk.com
arthur.burke@davispolk.com
paul.mishkin@davispolk.com

_Attorneys for Defendants Bank of America
Corporation, Bank of America, N.A., Banc of
America Securities LLC, Merrill Lynch & Co.,
Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc.,
Merrill Lynch Capital Services, Inc., and Merrill
Lynch International Bank Ltd._

_/s/ Daryl A. Libow_

Daryl A. Libow
Christopher M. Viapiano
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C.  20006
Telephone: (202) 956-7500
Fax: (202) 956-6973
libowd@sullcrom.com
viapianoc@sullcrom.com

_Attorneys for Defendant The Bank of
Tokyo-Mitsubishi UFJ, Ltd._

*/s/* Jeffrey T. Scott
David H. Braff
Yvonne S. Quinn
Jeffrey T. Scott
Matthew J. Porpora
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone: (212) 558-4000
braffd@sullcrom.com
quinny@sullcrom.com
scottj@sullcrom.com
porporam@sullcrom.com

*/s/* Jonathan D. Schiller
Jonathan D. Schiller
Leigh M. Nathanson
Amos Friedland
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-2300
jschiller@bsfllp.com
lnathanson@bsfllp.com
afriedland@bsfllp.com

Michael Brille
5301 Wisconsin Avenue NW
Washington, D.C.  20015
Telephone: (202) 237-2727
mbrille@bsfllp.com

*Attorneys for Defendant Barclays Bank plc,
Barclays plc, and Barclays Capital Inc.*

*/s/* Andrew A. Ruffino
Andrew A. Ruffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone: (212) 841-1000
aruffino@cov.com

Alan M. Wiseman
Thomas A. Isaacson
Jonathan Gimblett
1201 Pennsylvania Avenue N.W.
Washington, D.C.  20004
Telephone: (202) 662-6000
awiseman@cov.com
tisaacson@cov.com
jgimblett@cov.com

*/s/* Michael R. Lazerwitz
Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
mlazerwitz@cgsh.com

*Attorneys for Defendants Citibank, N.A.,
Citigroup Inc., Citigroup Financial
Products, Inc., Citigroup Funding, Inc.,
Citigroup Global Markets Inc., Citigroup
Global Markets Ltd., and Citi Swapco Inc.*

/s/ David R. Gelfand
David R. Gelfand
Sean M. Murphy
MILBANK TWEED HADLEY & McCLOY  LLP
One Chase Manhattan Plaza
New York, New York  10005
Telephone: (212) 530-5000
dgelfand@milbank.com
smurphy@milbank.com

*Attorneys for Defendant Coöperatieve*
*Centrale Raiffeisen-Boerenleenbank B.A.*

/s/ Herbert S. Washer
Herbert S. Washer
Elai Katz
Joel Kurtzberg
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
Telephone: (212) 701-3000
hwasher@cahill.com
ekatz@cahill.com
jkurtzberg@cahill.com

*Attorneys for Defendant Credit Suisse*
*Group AG, Credit Suisse International,*
*Credit Suisse AG, Credit Suisse Securities*
*(USA) LLC, Credit Suisse Securities (USA)*
*Inc.*

/s/ Moses Silverman
Moses Silverman
Andrew C. Finch
Jessica Brach
Noam Lerer
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3355
Fax: (212) 492-0355
msilverman@paulweiss.com
afinch@paulweiss.com
jbrach@paulweiss.com
nlerer@paulweiss.com

*Attorneys for Defendants Deutsche Bank AG and
Deutsche Bank Securities Inc.*

/s/ Ed DeYoung
Ed DeYoung
Gregory T. Casamento
LOCKE LORD LLP
3 World Financial Center
New York, New York 10281
Telephone:  (212) 812-8325
Fax:  (212) 812-8385
edeyoung@lockelord.com
gcasamento@lockelord.com

Roger B. Cowie
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:  (214) 740-8614
Fax:  (214) 740-8800
rcowie@lockelord.com

*Attorneys for Defendants HSBC Holdings
plc, HSBC Bank plc, The Hongkong and
Shanghai Banking Corporation Ltd., HSBC
USA, Inc., HSBC Finance Corporation,
HSBC Securities (USA,) Inc.,  and HSBC
Bank USA, N.A.* (except in *City of Houston
v. Bank of America Corp., et al.*, S.D.N.Y.
Case No. 1:13-cv-05616)

/s/ Donald R. Littlefield
Donald R. Littlefield (*pro hac vice* motion
pending)
Jack D. Ballard (*pro hac vice* motion
pending)
Michael A. Rodriguez (*pro hac vice*
motion pending)
BALLARD & LITTLEFIELD, LLP
3700 Buffalo Speedway, Suite 250
Houston, Texas 77098
Telephone: (713)403-6400
Fax: (713)-403-6410
dlittlefield@ballardlittlefield.com
jballard@ballardlittlefield.com
mrodriguez@ballardlittlefield.com

*Attorneys for Defendants HSBC Holdings
plc and HSBC Bank plc* in *City of Houston*

4

*v. Bank of America Corp., et al.*, S.D.N.Y.
Case No. 1:13-cv-05616

/s/ Thomas C. Rice
Thomas C. Rice
Paul C. Gluckow
Omari L. Mason
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com
pgluckow@stblaw.com
omason@stblaw.com

*Attorneys for Defendants JPMorgan Chase & Co.,*
*JPMorgan Chase Bank, N.A., J. P. Morgan*
*Securities LLC, J. P. Morgan Markets Limited*
*(f/k/a Bear, Stearns International Limited), J.P.*
*Morgan Dublin plc (f/k/a JPMorgan Bank Dublin*
*plc) (f/k/a Bear Stearns Bank plc), Chase Bank*
*USA, N.A., and Bear Stearns Capital Markets, Inc.*

/s/ Marc J. Gottridge
Marc J. Gottridge
Lisa J. Fried
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York  10022
Telephone: (212) 918-3000
marc.gottridge@hoganlovells.com
lisa.fried@hoganlovells.com

*Attorneys for Defendants Lloyds Banking*
*Group plc, Lloyds Bank plc (formerly*
*known as Lloyds TSB Bank plc) and HBOS*
*plc*

/s/ Andrew W. Stern
Alan M. Unger
Andrew W. Stern
Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York  10019
Telephone: (212) 839-5300
Fax: (212) 839-5599
aunger@sidley.com
astern@sidley.com
ncrowell@sidley.com

*Attorneys for Defendant The Norinchukin Bank*

/s/ Fraser L. Hunter, Jr.
Fraser L. Hunter, Jr.
David S. Lesser
Alan E. Schoenfeld
WILMER CUTLER PICKERING
HALE AND DORR LLP
250 Greenwich Street
New York, New York  10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
fraser.hunter@wilmerhale.com
david.lesser@wilmerhale.com
alan.schoenfeld@wilmerhale.com

/s/ Robert G. Houck
Robert G. Houck
Alejandra de Urioste
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York  10019
Telephone: (212) 878-8000
Fax: (212) 878-8375
robert.houck@cliffordchance.com
alejandra.deurioste@cliffordchance.com

*Attorneys for Defendants The Royal Bank of
Scotland Group plc, The Royal Bank of Scotland
plc, Citizens Bank, N.A. f/k/a Charter One Bank,
N.A., and RBS Securities Inc.*[1]

/s/ Arthur W. Hahn
Arthur W. Hahn
Christian T. Kemnitz
Brian J. Poronsky
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois  60661
Telephone: (312) 902-5200
arthur.hahn@kattenlaw.com
christian.kemnitz@kattenlaw.com
brian.poronsky@kattenlaw.com

*Attorneys for Defendant Royal Bank of
Canada and RBC Capital Markets LLC*

/s/ Steven Wolowitz
Steven Wolowitz
Henninger S. Bullock
Andrew J. Calica
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Fax: (212) 262-1910
swolowitz@mayerbrown.com
hbullock@mayerbrown.com
acalica@mayerbrown.com

*Attorneys for Defendant Société Générale*

---

[1] Wilmer Cutler Pickering Hale and Dorr LLP is counsel for these defendants except as to plaintiffs Prudential Investment Portfolios 2; Triaxx Prime CDO 2006-2 LTD; Triaxx Prime CDO 2007-1 LTD; Principal

/s/ Peter Sullivan
Peter Sullivan
Lawrence J. Zweifach
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193
Telephone: (212) 351-4000
psullivan@gibsondunn.com
lzweifach@gibsondunn.com

Joel S. Sanders (*admitted pro hac vice*)
555 Mission Street, Suite 3000
San Francisco, California  94105
jsanders@gibsondunn.com

*Attorneys for Defendant UBS AG and UBS
Securities LLC*


/s/ Richard D. Owens
Richard D. Owens
Jeff G. Hammel
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
richard.owens@lw.com
jeff.hammel@lw.com

*Attorneys for Defendants British Bankers'
Association, BBA Enterprises Ltd., and BBA
LIBOR Ltd.*


/s/ Christopher M. Paparella
Christopher M. Paparella
Ethan E. Litwin
Marc A. Weinstein
Morgan J. Feder
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York  10004
Telephone: (212) 837-6000
Fax: (212) 422-4726
Chris.Paparella@hugheshubbard.com
Ethan.Litwin@hugheshubbard.com
Marc.Weinstein@hugheshubbard.com
Morgan.Feder@hugheshubbard.com

*Attorneys for Defendants Portigon AG
(f/k/a WestLB AG) and Westdeutsche
ImmobilienBank AG*

---

Funds, Inc.; Principal Capital Interest Only I, LLC;Principal Commercial Funding, LLC; Principal Commercial Funding II, LLC; Principal Financial Group, Inc.; Principal Financial Services, Inc.; Principal Life Insurance Company; Principal Real Estate Investors, LLC; Principal Variable Contracts Funds, Inc.; and Fannie Mae.  Clifford Chance US LLP is counsel for these defendants except as to Plaintiff the Federal Home Loan Mortgage Corporation.