UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION | MDL No. 2262 |
| THIS DOCUMENT RELATES TO:<br><br>*Mayor and City Council of Baltimore v. Bank of Am. Corp. et al.,* 11-cv-5450<br><br>*Highlander Realty, LLC et al. v. Citizens Bank of Mass. et al.,* 13-cv-2343<br><br>*CEMA Joint Venture v. Charter One Bank, N.A. et al.,* 13-cv-5511 | Master File No. 1:11-md-2262-NRB<br><br>ECF Case |

**DEFENDANT CITIZENS BANK N.A.'s**
**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant Citizens Bank, N.A., f/k/a RBS Citizens, N.A., f/k/a Citizens Bank of Massachusetts,[1] through counsel, submits this supplemental corporate disclosure statement, which replaces its corporate disclosure statements previously filed in the above captioned actions.

Citizens Bank, N.A., is a wholly owned subsidiary of Citizens Financial Group, Inc., f/k/a RBS Citizens Financial Group, Inc. Citizens Financial Group, Inc. is a public company organized under the laws of Delaware and as of October 31, 2014, 70.5% owned by RBSG International Holdings Limited. RBSG International Holdings Limited is a wholly owned subsidiary of The Royal Bank of Scotland PLC. The Royal Bank of Scotland PLC is a wholly owned subsidiary of The Royal Bank of Scotland Group PLC. The Royal Bank of Scotland Group PLC is a public

---

[1] Charter One Bank, N.A., named as a defendant in *CEMA Joint Venture v. Charter One Bank, N.A. et al.,* 13-cv-5511, is a trade name for Citizens Bank, N.A., the proper defendant legal entity.

- 2 -

limited company organized under the laws of the United Kingdom.  No publicly held entity owns more than ten percent of the shares of The Royal Bank of Scotland Group PLC.

>  Respectfully submitted,
>
> */s/* Fraser L. Hunter, Jr.
> Fraser L. Hunter, Jr.
> David S. Lesser
> Alan E. Schoenfeld
> WILMER CUTLER PICKERING
> HALE AND DORR LLP
> 250 Greenwich Street
> New York, New York  10007
> Telephone: (212) 230-8800
> Fax: (212) 230-8888
> fraser.hunter@wilmerhale.com
> david.lesser@wilmerhale.com
> alan.schoenfeld@wilmerhale.com
>
> /s/ Robert G. Houck
> Robert G. Houck
> Alejandra de Urioste
> CLIFFORD CHANCE US LLP
> 31 West 52nd Street
> New York, New York  10019
> Telephone: (212) 878-8000
> Fax: (212) 878-8375
> robert.houck@cliffordchance.com
> alejandra.deurioste@cliffordchance.com
>
> *Attorneys for Defendant Citizens Bank, N.A.*

## CERTIFICATE OF SERVICE

I, Fraser L. Hunter, Jr., hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 16th day of January, 2015.

                                                    /s/ Fraser L. Hunter, Jr.
                                                   Fraser L. Hunter, Jr.