UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LIBOR-BASED FINANCIAL
INSTRUMENTS ANTITRUST LITIGATION

MDL NO. 2262
11-MD-2262 (NRB)

THIS DOCUMENT RELATES TO:
All Actions

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon the Motion by counsel for The Royal Bank of Scotland Group plc and RBS

Citizens, N.A. ("RBS Defendants"),

**IT IS HEREBY ORDERED** that the motion of James D. Miller to withdraw as counsel

for the RBS Defendants is granted and Mr. Miller's appearance is withdrawn as of the date of

this Order.

Dated: _September 21, 2015_

Hon. Naomi Reice Buchwald
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/15